**ATTACHMENT C**
**CERTIFICATION**

In support of this application, and pursuant to 18 U.S.C. § 3122, I am an "attorney for the Government" as defined in Rule 1(b)(1) of the Federal Rules of Criminal Procedure. I certify that the information likely to be obtained from the requested warrant is relevant to an ongoing criminal investigation being conducted by ATF for violations of 21 U.S.C. § 841(a)(1), Distribution or Possession with Intent to Distribute a Controlled Substance, and 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing paragraph is true and correct.

May 10, 2024

_____
Doaa K. Al-Howaishy
Assistant United States Attorney